```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


RAMEISHA AMOUR WHITE            :
O/B/O ILW                       :
                                :
V.                              :  CIV. NO.  3:09CV1013(JCH)
                                :
MICHAEL J. ASTRUE,              :
COMMISSIONER OF SOCIAL          :
SECURITY                        :
```

<u>ORDER</u>

On or before July 15, 2010, counsel will address by memorandum the question of whether the case should be remanded for further development of the record, including securing complete updated medical records from the treating doctors and status reports from treating therapists.  SO ORDERED.

ENTERED at Bridgeport this 30th day of June 2010.

```
                              _____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```